# EXHIBIT A
# Original Bs/L

# BILL OF LADING

Order Number: 11655 - 000010

Shipped in apparent good order and condition by ExxonMobil Sales and Supply LLC., in and upon the SINGAPORE ship, called the TORM HARDRADA, whereof AMITH THOMAS PAUL is Master for this present voyage, and now lying in King Fahd Port, Yanbu, Saudi Arabia and bound for ROTTERDAM.

A CARGO SAID TO BE AND DESCRIBED AS:

| PRODUCT | CU.METER AT 15 C | METRIC TONNES | DENSITY AT 15 C | BARRELS US AT 60 F | LONG TONS | API AT 60 F |
|---|---|---|---|---|---|---|
| JET A-1 | 51496,70 | 40533,05 | 0,7882 | 324069 | 39892,87 | 47,94 |

which cargo is to be delivered at the port of ROTTERDAM unto TO THE ORDER OF NATIXIS, FRANCE (or order.) (or assigns.).

He/She or they paying freight for the same as per Charter Party between _____ and _____ dated _____.

FREIGHT PAYABLE AS PER CHARTER PARTY
CLEAN ON BOARD

All terms, conditions and exceptions (including but not limited to Due Diligence, Negligence, Force Majeure, War Liberties and Arbitration clauses) contained in which charter are herewith incorporated and form part hereof.

Not withstanding anything to the contrary in this Bill of Lading all the terms, conditions, and conditions of freight of the Bill of Lading are hereby incorporated. If anything in the present form is repugnant thereto it shall be void to that extent and no further.

In witness whereof this Master or Agent of said ship has, without prejudice to the terms, conditions and exceptions of said charter party, signed THREE..(3).. Originals Bill(s) of Lading which, one of which being accomplished the others to be void.

Dated in King Fahd Port, Yanbu, Saudi Arabia, this 20th day of May, 2020.


ORIGINAL

Master/Agent:

M.T. TORM HARDRADA
MASTER

# BILL OF LADING

Order Number:  11655 - 000010

Shipped in apparent good order and condition by ExxonMobil Sales and Supply LLC, in and upon the SINGAPORE ship, called the TORM HARDRADA, whereof AMITH THOMAS PAUL is Master for this present voyage, and now lying in King Fahd Port, Yanbu, Saudi Arabia and bound for ROTTERDAM.

A CARGO SAID TO BE AND DESCRIBED AS:

| PRODUCT | CU.METER AT 15 C | METRIC TONNES | DENSITY AT 15 C | BARRELS US AT 60 F | LONG TONS | API AT 60 F |
|---|---|---|---|---|---|---|
| JET A-1 | 51496,70 | 40533,05 | 0,7882 | 324069 | 39892,87 | 47,94 |

FREIGHT PAYABLE AS PER CHARTER PARTY
CLEAN ON BOARD

He/She or they paying freight for the same as per Charter Party between _____ and _____ dated _____ .

which cargo is to be delivered at the port of ROTTERDAM unto TO THE ORDER OF NATIXIS, FRANCE (or order.) (or assigns.).

All terms, conditions and exceptions (including but not limited to Due Diligence, Negligence, Force Majeure, War Liberties and Arbitration clauses) contained in which charter are herewith incorporated and form part hereof.

Not withstanding anything to the contrary in this Bill of Lading all the terms, conditions, and conditions of freight of the Bill of Lading are hereby incorporated. If anything in the present form is repugnant thereto it shall be void to that extent and no further.

In witness whereof this Master or Agent of said ship has, without prejudice to the terms, conditions and exceptions of said charter party, signed THREE..(3).. Originals Bill(s) of Lading which, one of which being accomplished the others to be void.

Dated in King Fahd Port, Yanbu, Saudi Arabia, this 20th day of May, 2020.



Master/Agent:

M.T. TORM HARDRADA
MASTER

# BILL OF LADING

Order Number: 11655 - 000010

Shipped in apparent good order and condition by ExxonMobil Sales and Supply LLC, in and upon the SINGAPORE ship, called the TORM HARDRADA, whereof AMITH THOMAS PAUL is Master for this present voyage, and now lying in King Fahd Port, Yanbu, Saudi Arabia and bound for ROTTERDAM.

A CARGO SAID TO BE AND DESCRIBED AS:

| PRODUCT | CU.METER AT 15 C | METRIC TONNES | DENSITY AT 15 C | BARRELS US AT 60 F | LONG TONS | API AT 60 F |
|---|---|---|---|---|---|---|
| JET A-1 | 51496,70 | 40533,05 | 0,7882 | 324069 | 39892,87 | 47,94 |

which cargo is to be delivered at the port of ROTTERDAM unto TO THE ORDER OF NATIXIS, FRANCE (or order,) (or assigns.).

He/She or they paying freight for the same as per Charter Party between _____ and _____ dated _____.

FREIGHT PAYABLE AS PER CHARTER PARTY
CLEAN ON BOARD

All terms, conditions and exceptions (including but not limited to Due Diligence, Negligence, Force Majeure, War Liberties and Arbitration clauses) contained in which charter are herewith incorporated and form part hereof.

Not withstanding anything to the contrary in this Bill of Lading all the terms, conditions, and conditions of freight of the Bill of Lading are hereby incorporated.  If anything in the present form is repugnant thereto it shall be void to that extent and no further.

In witness whereof this Master or Agent of said ship has, without prejudice to the terms, conditions and exceptions of said charter party, signed THREE..(3).. Originals Bill(s) of Lading which, one of which being accomplished the others to be void.

Dated in King Fahd Port, Yanbu, Saudi Arabia, this 20th day of May, 2020.



Master/Agent:

M.T. TORM HARDRADA
MASTER